IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                          No.  3:99-cr-30249-DRH

TWAINE JONES,

        Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's *pro se* motion for judicial consideration (Doc. 132). Specifically, defendant seeks "further reduction in the up coming [sic] months" (Doc. 132 at 1). The Court construes defendant's motion as a motion for reduction in sentence pursuant to 28 U.S.C. § 2255. For the following reasons, the Court **DISMISSES** for lack of jurisdiction the motion for judicial consideration (Doc. 128).

On November 7, 2000, the Court sentenced Jones to 360 months imprisonment (Doc. 86). The Seventh Circuit affirmed the sentence on appeal. *United States v. Jones*, 248 F.3d 671 (7th Cir. 2001). The Supreme Court denied certiorari on October 1, 2001. 534 U.S. 926 (2001). Jones filed a timely motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255, *Jones v. United States*, 02-cv-1062, which was denied by this Court and affirmed on appeal, *Jones v. United States*, No. 05-1801 (7th Cir. 2005). Jones has not received leave to file

a second or successive petition from the Seventh Circuit, a requirement before this Court can proceed on his current motion. 28 U.S.C. § 2244(b)(3). Accordingly, the Court **DISMISSES** for lack of jurisdiction the motion for judicial consideration (Doc. 128).

**IT IS SO ORDERED.**
Signed this 29th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.29 14:54:09 -05'00'

**Chief Judge**
**United States District Court**