IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                         No.   3:99-cr-30249-DRH

TWAINE JONES,

        Defendant.

### ORDER VACATING AND AMENDING ORDER (DOC. 133)

**HERNDON, Chief Judge:**

      Now before the Court is defendant's *pro se* motion for judicial consideration (Doc. 132). Specifically, defendant seeks "further reduction in the up coming [sic] months" (Doc. 132 at 1). The Court construes defendant's motion as a motion for reduction in sentence pursuant to 28 U.S.C. § 2255. For the following reasons, the Court **DISMISSES** for lack of jurisdiction the motion for judicial consideration (Doc. **132**).

      On November 7, 2000, the Court sentenced Jones to 360 months imprisonment (Doc. 86). The Seventh Circuit affirmed the sentence on appeal. *United States v. Jones*, 248 F.3d 671 (7th Cir. 2001). The Supreme Court denied certiorari on October 1, 2001. 534 U.S. 926 (2001). Jones filed a timely motion to vacate his conviction and sentence pursuant to 28 U.S.C. § 2255, *Jones v. United States*, 02-cv-1062, which was denied by this Court and affirmed on appeal, *Jones v. United States*, No. 05-1801 (7th Cir. 2005). Jones has not received leave to file

a second or successive petition from the Seventh Circuit, a requirement before this Court can proceed on his current motion.  28 U.S.C. § 2244(b)(3).  Accordingly, the Court **DISMISSES** for lack of jurisdiction the motion for judicial consideration (Doc. **132**).

    **IT IS SO ORDERED.**
    Signed this 30th day of May, 2014.

Digitally signed by David R. Herndon
Date: 2014.05.30 11:26:32 -05'00'

**Chief Judge**
**United States District Court**